| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Officer: | Jesse S. Weinberger | Telephone: (313) 771-6588 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Luis Daniel MARTINEZ-JIMENEZ

Case No. 25-mj-30263

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 19, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(1) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 19, 2025, in the Eastern District of Michigan, Southern Division, Luis Daniel MARTINEZ-JIMENEZ, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about March 14, 2019 at or near El Paso, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Jesse S. Weinberger, Deportation Officer DHS
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 25, 2025

_Judge's signature_

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Jesse S. Weinberger, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Deportation Officers and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Luis Daniel MARTINEZ-JIMENEZ, which attests to the following:

2. MARTINEZ-JIMENEZ is a 26-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On or about January 24, 2018, MARTINEZ-JIMENEZ was encountered by the United States Border Patrol from a Texas Border Patrol Sector. He was processed as a Notice to Appear.

4. On or about February 27, 2018, MARTINEZ-JIMENEZ was ordered removed by an Immigration Judge in El Paso, Texas.

5. On or about March 06, 2018, MARTINEZ-JIMENEZ was removed from the United States to Mexico via El Paso, Texas.

6. On or about February 22, 2019, MARTINEZ-JIMENEZ was encountered by the United States Border Patrol from a New Mexico Border Patrol Sector. His prior Removal Order was reinstated. He was presented for prosecution before the United States District Court, District of New Mexico.

7. On March 13, 2019, MARTINEZ-JIMENEZ pleaded guilty to a violation of 8 U.S.C. §1326(a), Unlawful Reentry Following Removal. He was sentenced to 21 days or time served, whichever is less.

8. On or about March 14, 2019, MARTINEZ-JIMENEZ was removed from the United States to Mexico via El Paso, Texas.

9. On April 19, 2025, while conducting surveillance on a different targeted alien with an approved Field Operation Worksheet, Officers with the Detroit

Immigration and Customs Enforcement Field Office observed a male subject matching the description of the targeted alien enter a vehicle near the target's last known address. Six other individuals entered the vehicle as well. The vehicle left the address, and the team initiated a vehicle stop on the subject's vehicle at or near 4059 Gilbert Ave, Detroit, MI, which is in the Eastern District of Michigan, Southern Division. ICE ERO Officers approached the vehicle, identified themselves, and made contact with the driver, later identified as Diego Contreras-Mireles, and the vehicle's passengers, one of whom was later identified as Luis Daniel MARTINEZ-JIMENEZ. MARTINEZ-JIMENEZ freely claimed to have entered the United States sometime in 2024, at an unknown location in Texas, without inspection or admission by U.S. immigration officials. ICE ERO Officers placed MARTINEZ-JIMENEZ under arrest and transported him to the Detroit ICE Field Office for further processing.

10. During an interview with Deportation Officers MARTINEZ-JIMENEZ indicted that he is single and has two children living in Mexico with their biological mother. His parents also reside in Mexico. MARTINEZ-JIMENEZ claimed he last entered the United States on or about June 28, 2024, without inspection or permission.

11. MARTINEZ-JIMENEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that MARTINEZ-JIMENEZ is a citizen of Mexico who has been previously removed from the United States and who has previously been convicted of a felony offense. The record checks did not provide any evidence that MARTINEZ-JIMENEZ legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# XXX XXX 737) for Luis Daniel MARTINEZ-JIMENEZ and queries in U.S. Immigration and Customs Enforcement computer databases confirm no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on March 14, 2019.

14. Based on the above information, I believe there is probable cause to conclude that Luis Daniel MARTINEZ-JIMENEZ is an alien, who was previously convicted of a felony offense and who was found in the United States after removal, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a), (b)(1).

_____
Jesse S. Weinberger, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Anthony P. Patti
United States Magistrate Judge

April 25, 2025

3